*Rec FL001233 NSC*

15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

| | |
|---|---|
| People of the State of Michigan et al., } <br><br> Jeremiah Cheff } <br> 12745 South Saginaw, Suite 806 <br> #225 Grand Blanc , MI 48439 <br><br> } <br><br> } <br><br> Petitioner, } <br><br> -vs.- } <br><br> Douglas H. Shulman: personal and confidential } <br> Internal Revenue Service Dept. of Treasury <br> 1111 Constitutional Ave Washington D.C. 20221 } <br> Megean Giolitti REVENUE OFFICER 1000237219 <br> Nancy Allen IRS Agent <br> Internal Revenue Service 917 N SAGINAW ST. <br> FLINT, MI 48503 } <br> Respondent. | Case: 2:12-cv-14023 <br> Assigned To : Cook, Julian Abele <br> Referral Judge: Whalen, R. Steven <br> Assign. Date : 9/11/2012 <br> Description: MANDAMUS <br> JEREMIAH CHEFF V. DOUGLAS <br> SHULMAN (PSM) |

_____/

## PETITION FOR PEREMTORY AND PERMANENT GREAT WRIT OF MANDAMUS

Petitioner at all times mentioned in this petition resides in Genesee County in the city of Grand Blanc, in the State of Michigan.

### JURISDICTION

This Court holds original Jurisdiction over this Const. 1963, Art XI, § 5, Eff. Jan. 1, 1964.

And Jurisdiction is proper because there are FEDERAL QUESTIONS OF LAW AND BASIC CONSTITUTIONAL RIGHTS WHICH NEED TO BE PROTECTED.

## STATEMENT OF FACTS

Petitioner has requested respondent Commissioner of the IRS Doug Shulman under FOIA and through Praecipe to produce the necessary oath and qualifications of his alleged agents to ensure they are not impersonating government officers and that they are not usurping authority were no authority exists. **Per *Ryder v. United States*, 115 S. Ct. 2031, 132 L. Ed .2d 136,515 U.S. 177,** I have a right to request the necessary oath and qualifications of any alleged officer before participating in the alleged allegations such as the placing of a notice of lien upon my properties, stating that monies our own in a certain amount. I have acted honorably at all times never refusing to resolve this matter in the opposite. I had tendered a promissory money note for the alleged obligation with the Treasury, and also the Internal Revenue Services, in which I have requested someone with the proper qualifications to do a presentment as required under UCC 3–105 so that I can resolve this matter immediately. As to this time, I have not received the necessary qualifications, nor has any one shown that they have authority to place a notice of lien upon my properties within the County Recorder's office, nor has any person dated presentment of the promissory money note. Instead, I have received numerous threatening letters demanding that I pay money and to this day I have still not received the necessary qualifications required under the United States Constitution, and also the constitutional Michigan. Petitioner has always acted honorably with respect only demanding my rights to determine whether or not the persons trying to extort money without due process and issuing summonses without authority if not properly qualified. Petitioner has always stated that I would honor any lawful obligations and that I demand all my rights at all

times in refusing no rights at any time, especially the right to know whom I am dealing with. At that point once it is determined that all parties are qualified. I then have rights protected such as an appeal and negotiation rights to determine a proper and lawful amount owed if any.

Petitioner would like to make it very clear that I am not a tax protester, I have rights that I have asserted in order to determine who I am dealing with, once it is determined that all parties have their necessary oath and qualifications, I will have an understanding that the agent has taken an oath not to violate my constitutionally protected rights and has the necessary fiduciary bonds to have liability for any damages caused by the violation of the oath. I will be happy to resolve this matter. There have been numerous claims that there are payroll taxes owed, I have not seen one affidavit from any alleged agent testifying to the truth of the allegations, which makes me wonder who I am dealing with and whether or not they have authority to make a claim were no claim exists or where I have a right to dispute the claim. In order to determine what is owed and not owed.

Petitioner is naturally born as a sovereign citizen of Michigan. As shown by the certificate of live birth. Attached hereto and incorporated herein.

Petitioner has sovereign rights in once again demands all my rights at all times refusing no rights at any time.

Petitioner has requested the oath and qualifications under FOIA's on more than one occasion and has not received the necessary qualifications as to this day. Petitioner has attached hereto and incorporated herein FOIA request.

Petitioner has filed the great writ having exhausted all administrative remedies and being forced to do so, by threatening letters, issuance of summonses and demands made upon

myself, petitioner has acted honorably trying to resolve this matter administratively without any success therefore filing a Great Writ of Mandamus so that this matter can be resolved immediately.

Petitioner has filed a Great Writ of Mandamus. Not to hinder or delay any administrative process only to have the FOIA request honored so that we can immediately move forward and resolve the matter.

WHEREFORE; Petitioner request is Hon. Court grant this Great Writ of Mandamus, which has only been made in order to protect my afforded the by both the Federal and State Constitutions, exhausting all my administrative rights, never receiving the necessary oaths and qualifications as required by both the Federal and State Constitutions as requested by more than one occasion true Praecipe and FOIA. Petitioner eagerly awaits necessary qualifications, so that the alleged tax issue may be resolved. Petitioner has not made this request in order to hinder or delay in anyway only to protect my rights. Once it is determined that the alleged agents have authority and are not usurping authority all matters can be immediately resolved. And for any and all other relief that this Hon. Court deems just and proper for a circumstance such as this.

*All rights reserved*
*Respectfully submitted*

BY: _____
Jeremiah Cheff  12745 South Saginaw,
suite 806 #225 Grand Blanc, MI 48439

Department of the Treasury           May 9, 2012
Internal Revenue Service
Cincinnati, OH 45999-0030

Nancy Allen
917 N Saginaw
/=The MI 48503 – 1735

In regards to; Intent to seize property, all documents attached.

# PRAECIPE
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## DEMAND OF OFFICIAL OATH, BONDS AND ALL QUALIFICATIONS

Request under the Freedom of Information Act [FOIA] Title 5 US 552
And under O.R.C. 149.43

    Per *Ryder v. United States*, 115 S. Ct. 2031, 132 L. Ed .2d 136, 515 U.S. 177, I am required to initiate a direct challenge to authority of anyone representing himself or herself as a government officer or agent prior to the finality of any proceeding in order to avoid implications of de facto officer doctrine. When challenged, those posing as government officers and agents are required to affirmatively prove whatever authority they claim, in the absence of proof, they may be held personally accountable for loss, injury and damages.

    *This notice is to whoever opens this document; you are to immediately notice your board of directors, your chief executive officer of the contents within this document. You are hereby noticed to do as required under HJR 192 public Law 73 - 10 and ECC 10 -104, if you do not know what to do with this document please noticed your legal department and have them advise you as to the law.*

    *Federal Reserve Act-Section 16. Not issues*
Issuance of Federal Reserve notes; Nature of obligation; where redeemable
<u>Federal reserve notes, to be issued at the direction of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks</u> through the Federal Reserve agents as hereafter set forth <u>and for no other purpose, are hereby authorized.</u> The said notes shall be obligations of the United States and shall be receivable by all national

Page 1 of 2

and member banks and federal reserve banks and for all taxes, customs, and other public use. **_They shall be redeemed in lawful money on demand_** at the treasury department of the United States, and the city of Washington, District of Columbia, or at any Federal Reserve Bank.

Reference; Notice of Tax Liens, and intent to seize properties.

**Greetings:** To the chief executive officer any and all agents, successors, deputies, and\or assigns of Respondent(s) in regards to the Constitutional Violations, and denial of administrative duties to perform a lawful function, please be advised if you acted in bad faith and dishonor this promissory note that I would require you present to me all necessary oaths and bonds required of your office so that I may immediately put a claim against the bonds for any damages caused by the refusal of accepting this promissory note.

If I do not have your response within five days I will consider your acquiescence an agreement and will expect a receipt of the payment within five days. If I do not receive a receipt my next step will be to request from the proper agencies that are required to have the oath and bond registered with them a copy of all your necessary qualifications and for the agency to do as a law requires for the refusal and acceptance of this promissory note.

I Jeremiah Cheff now tender an offer this promissory note, attached hereto and incorporated herein in the amount of _____80,000.00_____, and discharge all obligations. In regards to your alleged notice of intent to lien. I do understand that your office may file a notice of lien within the County recorder's office, which does not make it a lien. I also understand that once you request a certified copy of the County recorder's office. They are only capable of giving out liens not notices, which may create a false lien without due process of law.

- Under **HJR 192 public Law 73 - 10 and ECC 10 -104**, I give my consent or your office to present my promissory notes to the proper treasury department. In order to honor and zero out my account, I at no time give up any of my rights, especially my right to due process of law, I demand any hearings. I am entitled to. I do not believe there will be a necessity for a hearing. I am acting in good faith upon the discharge on my obligations and I would request your office file the UCCs, Pub. L. and all federal laws. I am now requesting that you presented all agents involved in these actions. Oaths of Office, Qualifications and Bonds to uphold their Oaths of Office to assure that no person will cause a violation of my constitutional rights.
- I Jeremiah Cheff, now acting privately in good faith with honor, and requesting that your office would do the same so that this matter may immediately be resolved privately.
- If you have and questions, please do not hesitate to contact me, contact must be proved to my notary from this point on.
All rights reserved
Respectfully submitted

*Jeremiah Cheff*

Page 2 of 2

**Demand for public records request**

Jeremiah Cheff
P.O. Box 95
Atlas, MI 48411-0095

Reference to:

DATE. June 4, 2012

Douglas H. Shulman: personal and confidential
Internal Revenue Service Dept. of Treasury
1111 Constitutional Ave Washington D.C. 20221

# PRAECIPE

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Greetings; Commissioner of Internal Revenue Douglas H. Shulman

**Notice to principal is Notice to agent**
**Notice to agent is Notice to principal**

Request under the State Freedom of Information Act [FOIA]
US TITLE 5 552

Per *Ryder v. United States,* 115 S. Ct. 2031, 132 L. Ed .2d 136,515 U.S. 177, I am required to initiate a direct challenge to the authority of anyone representing himself or herself as a government officer or agent prior to the finality of any proceeding in order to avoid implications of de facto officer doctrine. When challenged, those posing as government officers and agents are required to affirmatively prove whatever authority they claim, In the absence of proof, they may be held personally accountable for loss, injury and damages.

*Requirements:* Concerning the filing of the required oaths of office and qualifications. In The event you do not have a personal surety bond, you may provide a Copy of your financial statement, which you are required to file annually. Your financial statement will be construed as a private treaty, surety, and bond in the event that you exceed lawful authority.

1 | Page

### **Demand for public records request**

### **Par.2 in § 301. 7602-1, paragraph reads as follows:**

(2) Officer employee of the IRS. For purposes of this paragraph (b), officer or employee of the IRS means all officers and employees of the United States, or engaged in the administration and enforcement of the internal revenue laws are any other laws administered by the IRS, and who are appointed are employed by, or subject to the directions, instructions, or orders of the Secretary of the treasure for the secretaries delegate. An officer employee of the IRS, for purposes of this paragraph (b), shall include an officer or employee of the office of chief counsel.

(b) Summons- (1) in general. For the purposes described in § 301. 7602-1 (a) the commissioners authorized To summons the person liable for tags are required to perform the act, are any officer or employee of such Person are any person having possession, custody, and our care of books of accounts containing entries relating to the business of the person liable for tags are required to perform the end, are any other person deemed proper, to appear before one or more officers are employees of the Internal Revenue Service at a time and place name in the summons and to reduce such books, papers, records, or other data, and to give such testimony, under oath, as may be relevant are material to such inquiry; this summons power may be used in an investigation of either civil or criminal tax related-liability. The commissioner may designate one or more officers or employees of the IRS as individuals for whom a person summoned pursuant to section 6420 (e)(2), 6421 (g)(2), 6427(j)(2), or 760 to show up here. Any such officer or employee is authorized to take testimony under oath of the person summoned and to receive and examine books, papers, records, or are other data produced in compliance with the summons

The constitutional oath of office is important enough that the first official act of Congress in 1789 set requirements for the oath in place. See I Stat. 23. The Constitution of the United States mandates a constitutional oath of office in Article VI, Clause 3. The requirement for civil commissions is in Article 11 § .2 Clause of the Constitution.
**Requirements** for civil commissions were particularized in Marbury v. Madison , 5 U.S. 137, 2 L. Ed. 60, 1 Cranch 137 (1803), and United, States v. Le Baron, 60 U.S. 73 (1856), Requirements for surety bonds arise from common law doctrine and statutory law. See particularly, 26 USC § 6803. 7101. 7102 & 7485. 26 CRF §§ 301.7101-1 & 301.7102-1
And 31 USC § 9303.

Collateral issues other than the above requests intended to document your personal standing will be addressed separately from this request.

You may provide the requested items within a reasonable period of twenty calendar days from receipt of this request. See the Administrative Procedures Act for deadlines. In the alternative you may recuse yourself from this case so long as you provide written notice. In the event you do not formally recuse yourself. You may be considered a party to any past or subsequent adverse action. You may withdraw any and all claims. Demands and/or encumbrances issued directly or indirectly within scope of your alleged administrative authority.

This praecipe is made as a prerequisite to filing a **Writ of Mandamus** to compel your performance in the event you fail to act in the manner prescribed by law. This praecipe is an exhaustion of all statutory and administrative remedies prior to compelling your performance by an extraordinary writ.

I only make this praecipe in that the hope to have my God given right to enjoy and be able to better my life, which I have been deprived of by the actions of your alleged agent Nancy Allen.

This is my 2nd request under [FOIA]. For the production of documents Nancy Allen received a [FOIA] request on about April 26, 2012. See attached FOIA request. I have not

2:12-cv-14023-JAC-RSW   Doc # 1   Filed 09/11/12   Pg 9 of 15   Pg ID 9

## Demand for public records request

received a response to the April 26, 2012 request, which is a clear violation of FOIA, instead. I have been threatened and retaliated against by the letter I received dated May 18, 2012.

You can see by the attached [FOIA] request dated April 20 16,012. I have honored and discharge all obligations as required by law. If for any reason you cannot accept our you refused to accept the attached UCC instrument, Promissory Money Note held by you're a alleged agent Nancy Allen Please do not hesitate to contact me by mail informed me of what form of instrument such as M1, M2 or M3. You would allow me to discharge this obligation, and if you have the necessary documents or forms that your office may need to honor my presentment. Please forward them immediately.

Douglas H. Shulman I would hope that you would honor the instrument that was presented your office. Under *HJR 192 public Law 73 - 10 and ECC 10 -104*, being or should be held by your alleged agent Nancy Allen.

I Jeremiah Cheff acting honorably refusal rights at any time, and demand all my rights at all times, including my rights to any appeals and any and all due process of law requirements. At this time, I do not feel that there is a need being that your alleged agent Nancy Allen is not presented me with any qualifications required under law, placing notices of liens on all my properties and recording a notice of lien with the county recorder damaging my standing within the community, my reputation and my credit. I believe that she is placed these notices of liens to retaliate against the requested has been made. Under FOIA, that she is intentionally violating, I believe that she is placed a notice of lien within the County Recorder's office with the intent to turn it into a lien knowing that the County Recorder can only return liens not notices of liens. By the actions of your alleged agent Nancy Allen, she is not placing your required bond to uphold your fiduciary responsibility not to violate constitutionally protected rights. I have never refused to act honorably, nor have I ever refused to pay any lawful obligations. I only demanded my rights and protections under both the Federal and State Constitutions. I have attached a copy of the promissory money note that was sent to your agent or your inspection.

You are hereby respectfully ordered and commanded by the Great Writ of Praecipe to perform a lawful function that your office requires you to do and is simultaneously required by your oath to uphold the Constitution of the United States of America, the Bill of Rights and the Constitution of the State of Michigan, which makes it a crime for a public official to be in dereliction of his/her duties and Interfering With Civil Rights. This may also cause a vacancy of your office. You are hereby respectfully commanded to take immediate action in regards to this request. However, if I am mistaken please inform me as to what office in government would be most efficient in effectuating a remedy to the victim of this type of act. Please contact me upon receipt of this instrument in the event that I must also make official reports on your own existing forms to assure your performance in this matter.

Under this request, I would like a copy of the Oaths, Qualifications and bonds of *Commissioner of Internal Revenue Douglas H. Shulman and Nancy Allen* as required to be kept in your records book.

3 | Page

### Demand for public records request

Under the United States Constitutional, and the Constitution of Michigan, any and all of your agents should have their Oaths and Bonds immediately accessible, so I would hope that it doesn't take your office the twenty days allowed under [F.O.I.A.] to produce these documents so that I can confirm that yourself and your agents are properly in office, this being the 2nd request indeed more than 21 days since the first request.

If you cannot produce these documents, please do not hesitate to let me know as soon as possible of your mistake in regards to me being a "tax payer" and owing these alleged taxes, so that we can in good faith proceed in fixing the problem and immediately vacating the agreement, if I do not hear from you within 21 days. I have no choice other than to commence an action in Mandamus to compel you to do what the law requires each of you to do, and I will consider that by your acquiescence. You have accepted honored and discharged the alleged obligations as required by law.

I Jeremiah Cheff, have come to realize that it according to the "Summary of the conference agreement on H.R. 2676, the Internal Review Service Restricting and Reform Act of 1998" the IRS falls under the Fair Debt Collections Practices Act as a debt collector, therefore you are to respond to demand for validation attached hereto and incorporated herein. I would respect that you honorably remove any derogatory statements, notices of liens filed with the recorder's office immediately from all credit reporting agencies and all recorders offices.

All rights reserved
Respectfully submitted
Sincerely By: _____

**AFFIDAVIT OF Jeremiah Cheff**

State of Michigan   )

Genesee County   )

I, Jeremiah Cheff, having first hand knowledge of the facts herein and being competent to testify, do affirm that the facts herein are stated by me and upon reason and belief are true, correct, complete and not misleading.

*[signature]*

Jeremiah Cheff

Before me a Notary Public appeared Jeremiah Cheff, who making himself known to me did affirm and subscribe hereto on this 11 day of September, 2012

*[signature]* Notary Public

CINDY L. RAYSIN
NOTARY PUBLIC, STATE OF MI
COUNTY OF GENESEE
MY COMMISSION EXPIRES Jan 28, 2013
ACTING IN COUNTY OF _Genesee_

# State of Michigan



## DEPARTMENT OF STATE
## STATE REGISTRAR CERTIFICATION

I, Ruth Johnson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, Glenn Copeland, whose attestation is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified State Registrar and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.

IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Flint, this 11th day of September in the year of our Lord two thousand and twelve.

*Ruth A. Johnson*

Secretary of State

100511-1-295474-194

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.



# STATE OF MICHIGAN
## CERTIFICATE OF LIVE BIRTH

### Amended

State File Number: **121-0382935**  Date Filed: **February 28, 1978**
Child's Name (First, Middle, Last, Suffix): **Jeremiah   James   Cheff**
Date of Birth: **January 30, 1978**
Gender: **Male**
Child's Birthplace: **Pontiac, Oakland County**
Mother's Name Before First Married: **Cynthia Pearl Carter**
Mother's Birthplace: **Michigan**  Mother's Age: **18**
Father's Name: **Gregory Joseph Cheff**
Father's Birthplace: **Michigan**  Father's Age: **21**

Amended July 2, 1980 Child's Name



I hereby certify that the above is a true and correct representation of the birth facts on file with the Division for Vital Records, Michigan Department of Community Health.

Certified by: *Glenn Copeland*

Glenn Copeland
State Registrar

Date Issued: **January 26, 2011**
AFS: 2051415

🏴 11114454



DO NOT ACCEPT IF THERE APPEARS TO BE ANY ALTERATIONS OR ERASURES OF THE FACTS LISTED ABOVE. IF THE THREE HEAT SENSITIVE IMAGES ON THE BACK DO NOT DISAPPEAR WHEN RUBBED OR PRESSED, OR IF YOU CANNOT VERIFY THE PRESENCE OF WATERMARKS IN THE PAPER BY HOLDING TO LIGHT.

%JS 44 (Rev. 12/07)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Jeremiah Cheff

**DEFENDANTS** Douglas H. Shulman IRS 1111 Const, NW Washington 20221
Megan Grobth;
Nancy Allen IRS 917 N.Saginaw Flint MI 48503

(b) County of Residence of First Listed Plaintiff  Genesee
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Washington DC

12745 S. Saginaw Suite 805
#225 Grand Blanc MI 48439

(c) Attorney's (Firm Name, Address, and Telephone Number)

Case: 2:12-cv-14023
Assigned To : Cook, Julian Abele
Referral Judge: Whalen, R. Steven
Assign. Date : 9/11/2012
Description: MANDAMUS
JEREMIAH CHEFF V. DOUGLAS
SHULMAN (PSM)

HE

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability / ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | PERSONAL PROPERTY | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☒ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
|  | ☐ 385 Property Damage Product Liability |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | IMMIGRATION |  | ☒ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): FOIA
Brief description of cause: Petition for Perminary and permant Grant writ of Mandamus want qualifieding

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE  9-11-12
August 21, 2012

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?   ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes :